UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHADERICK A. INGRAM,<br><br>    Plaintiff,<br><br>  v.<br><br>GRANT JOINT UNION HIGH<br>SCHOOL DISTRICT, et. al.,<br><br>    Defendants . <br>_____/ | NO. CIV. S-08-2490 FCD DAD PS<br><br><br>**ORDER OF NON-RELATED CASES** |
| CHADERICK A. INGRAM,<br><br>    Plaintiff,<br><br>  v.<br><br>SACRAMENTO POLICE<br>DEPARTMENT, et. al.,<br><br>    Defendants.<br>_____/ | NO. CIV. S-08-2545 LKK DAD PS |
| CHADERICK A. INGRAM,<br><br>    Plaintiff,<br><br>  v.<br><br>SACRAMENTO POLICE<br>DEPARTMENT, et. al.,<br><br>    Defendants.<br>_____/ | NO. CIV. S-08-2546 GEB DAD PS |

| | |
|---|---|
| CHADERICK A. INGRAM, | NO. CIV. S-08-2547 LKK EFB PS |
| Plaintiff, | |
| v. | |
| SACRAMENTO POLICE DEPARTMENT, et. al., | |
| Defendants. | |

| | |
|---|---|
| CHADERICK A. INGRAM, | NO. CIV. S-08-2683 GEB DAD PS |
| Plaintiff, | |
| v. | |
| SACRAMENTO POLICE DEPARTMENT, et. al., | |
| Defendants. | |

The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule 83-123(a). Assignment of the matters to the same judge is not likely to effect a substantial savings of judicial effort or other economies. These actions involve the same plaintiff, same or similar defendants, but the actions involve events specific to each party, the questions of fact are different, the questions of law are not novel, it is not clear that the same result should follow in these actions, and assignment to different judges would not entail substantial duplication of labor.

Therefore, CIV. S-08-2545 LKK DAD PS, CIV. S-08-2546 GEB DAD PS, CIV. S-08-2547 LKK EFB PS, and CIV. S-08-2683 GEB DAD PS shall not be reassigned to the undersigned judge.

IT IS SO ORDERED.

DATED: May 6, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE