```
 1
 2
 3
 4
 5
 6
 7
 8                          IN THE UNITED STATES DISTRICT COURT
 9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   CHADERICK A. INGRAM,
11            Plaintiff,                       No. CIV S-08-2683 GEB DAD PS
12      vs.
13   SACRAMENTO POLICE
     DEPARTMENT, et al.,                       ORDER
14
              Defendants.
15                                        /
```

Plaintiff is proceeding pro se with this case, which was removed from state court on November 7, 2008. By order filed May 20, 2009, the court denied plaintiff's request for summary judgment for failure to comply with applicable rules and also disregarded numerous improper filings. Between May 20, 2009, and July 30, 2009, plaintiff filed eleven additional documents, including another purported motion for summary judgment, that did not comply with applicable rules, lacked merit, or contained material misrepresentations. The documents were disregarded by order filed July 30, 2009. Despite the court's previous orders, plaintiff has filed a letter described as "a request or reservation for an ex parte hearing or hearing for relief of a Final Judgment" and a purported notice of hearing for summary judgment on October 2, 2009. For the reasons set forth in the court's order of July 30, 2009, plaintiff's letter and notice of motion will be disregarded and the noticed October 2, 2009 hearing will be vacated.

IT IS HEREBY ORDERED that:

1. Plaintiff's letter requesting a hearing (Doc. No. 36) filed August 19, 2009, and notice of hearing on motion for summary judgment (Doc. No. 37) filed August 28, 2009, will be disregarded; and

2. The noticed hearing date of October 2, 2009, is vacated.

DATED: September 30, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\ingram2683.disregard4